# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 06-00278-KD |
| ) | (Civil Action No. 11-00463-KD-N) |
| DAVID MARK YOUNG, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 16, 2014 (doc. 172) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner's § 2255 petition, seeking to vacate, set aside, or correct his sentence is **DENIED** and further, that Petitioner is not entitled to a Certificate of Appealability or permission to appeal *in forma pauperis*.[1]

**DONE** this 25th day of February 2014.

       s/ Kristi K. DuBose
       KRISTI K. DuBOSE
       UNITED STATES DISTRICT JUDGE

---

[1] Petitioner's motion to amend his § 2255 petition (doc. 173) is denied. His motion is untimely because it was filed <u>after</u> full briefing of the original and amended petitions (doc. 169, order that the § 2255 motion would be taken under submission on November 25, 2013) and <u>after</u> the Report and Recommendation issued. Also, the motion does not relate back to any issue and would essentially be a successive § 2255 petition.
    Moreover, the Court has reviewed the proposed amendment and finds the issues asserted to be meritless.